WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq. (SBN 167280)
Lukasz I. Wozniak, Esq. (SBN 246329)
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200
Email: lwozniak@wrightlegal.net

Attorneys for Defendant,
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT K. CYPHERS JR., | ) Case No.:  2:11-cv-01202-MCE -EFB ) |
| Plaintiffs, | ) Assigned to: Hon. Morrison C. England, ) Jr. |
| vs. | ) |
|  | ) **JUDGMENT OF DISMISSAL** |
| WELLS FARGO BANK, N.A., | ) |
| NATIONAL CITY BANK N.A. | ) Complaint filed: 10/18/2010 |
| FINANCIAL TITLE COMPANY; | ) |
| DOES 1-100 | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant WELLS FARGO BANK N.A.'s ("Defendant") motion to dismiss plaintiff ROBERT K. CYPHERS JR.'s ("Plaintiff") Complaint was originally set for the hearing on July 14, 2011.  Plaintiff did not file a timely opposition or a statement of non-opposition pursuant to Local Rule 230(c).  Nonetheless, the motion was vacated on the Court's own motion, and the hearing was continued to August 11, 2011.  On August 5, 2011, given that Plaintiff did not file an opposition

to Defendant's motion, the Court granted Defendant's motion to dismiss with 20 days' leave to amend.  The Court warned Plaintiff that if Plaintiff's failed to file an amended complaint within the twenty (20)-day period, Plaintiff's claims would be dismissed without leave to amend without a further notice to Plaintiff.

As of October 14, 2011, Plaintiff failed to file an amended complaint.  Based on the foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: Plaintiffs' entire action against Defendant is DISMISSED with prejudice for failure to comply with Local Rules and this Court's previous orders.  This is a final judgment.  The Clerk of the Court is directed to close this case.

Dated:  October 21, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE